**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  11-cr-00039-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     MARK HAMILTON YOST,

       Defendant.

---

### MINUTE ORDER

BY ORDER OF JUDGE LEWIS T. BABCOCK

      This will confirm that, pursuant to the Notice of Disposition filed January 27, 2011 (Doc 2), a change of plea hearing regarding Defendant Yost is set **Thursday, February 3, 2011 at 9:30 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.

Dated:  January 28, 2011