**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  11-cr-00039-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     MARK HAMILTON YOST,

        Defendant.

---

**ORDER**

---

Upon Defendant's Motion to Correct Order to Surrender in Lieu of Transportation by the United States Marshal (Doc 28 - filed May 24, 2011) and being fully advised in the premises, it is

ORDERED that Defendant's Motion is GRANTED.  Defendant is to surrender himself by reporting to the Warden, Federal Correctional Institution, Englewood-Satellite Camp, Littleton, Colorado, on July 16, 2011, by 12:00 noon, and travel at his own expense.

                                              BY THE COURT:

                                                s/Lewis T. Babcock
                                              LEWIS T. BABCOCK, Judge

DATED: May 25, 2011